**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 156 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DEREK MURCHISON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, rephrased for clarity, is:

> Whether the Superior Court applied the correct standard for an after-discovered evidence claim based upon post-conviction DNA testing received pursuant to Section 9543.1 of the PCRA and what value the jurisprudence related to a standard of actual innocence provides to that analysis.

 Additionally, the Prothonotary is **DIRECTED** to serve this order on the

Pennsylvania Office of Attorney General, who is **INVITED** to participate as amicus.

 Justice McCaffery did not participate in the consideration or decision of this matter.